# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| DEBRA D. KORB,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ESTATE OF DAVID N. CONSIGILO, SR., et al,<br><br>　　　　　Defendants. | Civil No. 18-1807 (JRT/KMM)<br><br>**ORDER ON REPORT AND RECOMMENDATION** |

　　　　Debra D. Korb, 7749 Abbott Avenue North, Brooklyn Park, MN 55443, *pro se* plaintiff.

　　　　Philip G. Villaume, **VILLAUME & SCHIEK, P.A.,** 2051 Killebrew Drive, Suite 611, Bloomington, MN 55425, for defendant Phillip G. Villaume.

　　　　A Report and Recommendation was filed by Magistrate Judge Katherine Menendez on August 20, 2018. No objections have been filed to that Report and Recommendation in the time period permitted.

　　　　Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

　　　　1.　　This action is **DISMISSED** as follows:

　　　　　　　　a.　　Defendants Judge Steven Montgomery and the Miami County District Court are **DISMISSED WITH PREJUDICE** as immune from suit.

　　　　　　　　b.　　The claims brought by plaintiff Debra D. Korb under federal law are

**DISMISSED WITH PREJUDICE**.

c. The claims brought by Ms. Korb under state law are **DISMISSED WITHOUT PREJUDICE**.

2. Ms. Korb's application to proceed *in forma pauperis* [Docket No. 2] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 7, 2018     s/John R. Tunheim
at Minneapolis, Minnesota     JOHN R. TUNHEIM
    Chief Judge
    United States District Court